# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL DEAN EDWARDS,
　　　　　　　　Appellant,
　　　vs.
THE STATE OF NEVADA,
　　　　　　　　Respondent.

No. 69965

**FILED**

MAY 0 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S.Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order removing rogue documents from the official filings of the district court clerk. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se motion filed April 13, 2016.

16-13885

cc: Hon. Kimberly A. Wanker, District Judge
Christopher R. Arabia
Carl Dean Edwards
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk